IRENE C. MALONEY, Appellant, *v.* WILLIAM J. MALONEY, Respondent.

Submitted March 4, 1942; decided April 23, 1942.

*Harry A. Sessions* for appellant.

*George J. Skivington, Charles P. Maloney* and *William J. Maloney* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.